# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0211. MILLARD WILKINSON v. CITY OF TUCKER**.

On June 15, 2026, the trial court entered an order affirming the decision of the municipal court. Pursuant to Court of Appeals Rule 31(a) "[a]n application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed[.]" Millard Wilkinson, applicant, has filed a timely motion pursuant to Court of Appeals Rule 16(c) to extend the time to file his discretionary application to challenge the trial court's order.

Upon consideration of applicant's emergency motion for an extension of time in which to file a discretionary application, said motion is hereby GRANTED. Applicant shall have until August 14, 2026 to file the application. See Georgia Court of Appeals Rule 16(c) ("Only one extension of time [to file a discretionary application] will be granted, and the extension will not exceed the time otherwise allowed for the filing of an application.").



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/15/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*